IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL COLEMAN, | § | |
|     Plaintiff, | § | |
| v. | § | No. 3:19-cv-1081-K (BT) |
| | § | |
| CREDIT UNION OF TEXAS and | § | |
| RICK LOTT, | § | |
|     Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

    SO ORDERED.

    Signed August 21st, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE